IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 01-40878
Conference Calendar
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

EDGAR SALAZAR-RUIZ, also known as
Jose Antonio Flores-Garcia,

                                        Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. M-01-CR-213-1
--------------------
April 11, 2002

Before SMITH, DeMOSS, and PARKER, Circuit Judges.

PER CURIAM:[*]

    Court-appointed counsel for Edgar Salazar-Ruiz a/k/a Jose
Antonio Flores-Garcia, has requested leave to withdraw as counsel
and has filed a brief as required by Anders v. California,
386 U.S. 738 (1967).  Salazar-Ruiz has not filed a response.  Our
independent review of the brief and the record discloses no
nonfrivolous issue.  Accordingly, counsel's motion for leave

_____

    [*]  Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

to withdraw is GRANTED, counsel is excused from further responsibilities, and the appeal is DISMISSED.  See 5TH CIR. R. 42.2.